FILED
CLERK, U.S. DISTRICT COURT
JUN 11 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN MURILLO,<br><br>        Plaintiff,<br><br>   v.<br><br>PATRICIA DESPLANTES,<br><br>        Defendant. | Case No. CV 14-3656 UA<br><br>**ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION** |

The Court will remand this unlawful detainer action to state court summarily because Defendant removed it improperly.

On May 13, 2014, Defendant Patricia Desplantes, having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice of Removal ("Notice") to this Court and also presented an application to proceed in forma pauperis. The Court has denied the latter application under separate cover because the action was not properly removed.

\\

\\

1 To prevent the action from remaining in jurisdictional
2 limbo, the Court issues this Order to remand the action to state
3 court.
4
5 Simply stated, this action could not have been originally
6 filed in federal court because the complaint does not allege
7 facts supporting either diversity or federal question
8 jurisdiction, and therefore removal is improper. 28 U.S.C.
9 § 1441(a); see also Exxon Mobil Corp v. Allapattah Svcs., Inc.,
10 545 U.S. 546, 563 (2005). Defendant appears to assert that
11 removal is proper based upon federal question jurisdiction.
12 (Notice at 4). However, a review of the Notice reveals that if
13 any federal question exists, it exists only as an affirmative
14 defense. (Id.). As such, the action cannot be removed to
15 federal court. Merrell Dow Pharmaceuticals, Inc. v. Thompson,
16 478 U.S. 804, 808 (1986) ("[a] defense that raises a federal
17 question is inadequate to confer federal jurisdiction.").
18 \\
19 \\
20 \\
21 \\
22 \\
23 \\
24 \\
25 \\
26 \\
27 \\
28 \\

1  Accordingly, IT IS ORDERED that: (1) this matter be REMANDED to the Superior Court of California, County of Los Angeles, 1725 Main Street, Santa Monica, CA 90401, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) the Clerk send a certified copy of this Order to the state court; and (3) the Clerk serve copies of this Order on the parties.

IT IS SO ORDERED

DATED: June 6, 2014

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE